**Order entered January 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00548-CV

### IN THE INTEREST OF J.P.M., V.M., AND A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-22610**

## ORDER

Before the Court is appellant's January 18, 2019 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on January 10, 2019 filed as of the date of this order.

Appellee's brief is due **within thirty days** of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE